[L. A. No. 14748. In Bank.—October 31, 1934.]

In the Matter of the Estate of LEE A. McCONNELL, Deceased. FRANKIE E. McCONNELL, Appellant, v. BIBLE INSTITUTE OF LOS ANGELES et al., Respondents.

Meserve, Mumper, Hughes & Robertson and Timon E. Owens for Appellant.

Newby & Newby and Nathan Newby for Respondents.

THE COURT.—The respondent Bible Institute of Los Angeles moved to dismiss the appeal of the appellant, surviving widow of the decedent, from an order approving a corrected account current of the special administrator, on the ground that she had failed to comply with the provisions of section 953c of the Code of Civil Procedure, and Rules V and VIII of this court. At the same time the respondent moved to affirm the judgment on the ground that the appellant is not a party aggrieved by the order. On the hearing the motion to affirm was denied.

As to the motion to dismiss, an examination of the appellant's opening brief discloses a satisfactory compliance with the code section and the rules of court. The motion to dismiss is denied.